UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00086 |
| | ) | JUDGE CAMPBELL |
| DEBRA R. BROWN | ) | |

ORDER

Pending before the Court is a Motion for Reduction in Sentence and Request for Hearing Pursuant to Fair Sentencing Act and 18 U.S.C. § 3582(c)(2) (Docket No. 91). The Government is directed to file a response to the Motion by November 30, 2012.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE